# IN THE UNITED STATE DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| OPTICAL LICENSING, LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>FUTURE ELECTRONICS CORP,<br><br>　　Defendant. | §<br>§<br>§<br>§　Civil Action No. 6:21-cv-00188<br>§<br>§　**JURY TRIAL DEMANDED**<br>§<br>§<br>§<br>§<br>§ |

## MOLLY ROTHSCHILD'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Counsel for Defendant Future Electronics Corp., Molly Rothschild, respectfully requests that she be allowed to withdraw as counsel of record for Defendant. Ms. Rothschild is leaving Cole Schotz P.C.

No other changes are requested at this time regarding the other attorneys acting as counsel of record for Defendant.

On March 29, 2022, counsel for Defendant conferred with counsel for Plaintiff via electronic mail and Plaintiff is unopposed to this request. Defendant is also not opposed to Ms. Rothchild's withdrawal.

| | |
|---|---|
| Dated: March 29, 2022 | Respectfully submitted,<br>/s/ *Molly G. Rothschild*<br>Vishal Patel<br>Texas Bar No. 24065885<br>Gary R. Sorden<br>Texas Bar No. 24066124<br>vpatel@coleschotz.com<br>gsorden@coleschotz.com<br><br>COLE SCHOTZ, P.C.<br>901 Main Street, Suite 4120<br>Dallas, Texas 75202<br>Tel: (469) 557-9390<br>Fax: (469) 533-1587<br><br>Molly G. Rothschild (admitted *pro hac vice*)<br>New York Bar No. 5691589<br>mrothschild@coleschotz.com<br>1325 Avenue of the Americas<br>Suite 1900<br>New York, NY 10019<br>Tel: (212) 752-8000<br><br>**ATTORNEY FOR DEFENDANT**<br>**FUTURE ELECTRONICS CORP.** |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on March 29, 2022, a true and correct copy of the foregoing document was served on all counsel of record who have appeared in this case via the Court's CM/ECF system per Local Rule CV-5.

/s/*Molly G. Rothschild*
Molly G. Rothschild